NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PYROTECHNIC SPECIALTIES, INC.,**
*Appellant*

**v.**

**SECRETARY OF DEFENSE,**
*Appellee*

---

2019-2024

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 57890, 58335, 59103, Administrative Judge Reba Page, Administrative Judge Richard Shackleford, Administrative Judge Mark N. Stempler.

---

## JUDGMENT

---

MICHAEL DEVLIN COOPER, Cooper, Barton & Cooper, LLP, Macon, GA, argued for appellant.  Also represented by KENNETH E. BARTON, III.

PATRICIA M. MCCARTHY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee.  Also represented by JOHN V. COGHLAN, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 4, 2021          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court